IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JASON MICHAEL STERETT,<br><br>Defendant. | **MEMORANDUM DECISION AND ORDER**<br><br>Case No. 1:16-CR-00032-001<br><br>District Judge Dale A. Kimball |

Defendant Jason Michael Sterett filed a Motion for Early Termination of Supervised Release. (Dkt. No. 31).

Pursuant to 18 U.S.C. § 3583(e)(1), after considering the factors set forth in Section 3553(a)(1), (a)(2)(B), (a)(2)(C), (a)(2)(D), (a)(4), (a)(5), (a)(6), and (a)(7) the court may terminate a term of supervised release "at any time after the expiration of one year of supervised release… if it is satisfied that such action is warranted by the conduct of the defendant released and the interest of justice." The factors to be considered in Section 3553(a) are those factors to be considered in imposing a sentence, including "the nature and circumstances of the offense and the history and characteristics of the defendant," the applicable sentencing guidelines and any policy statements issued by the Sentencing Commission, and the need for the sentence imposed to promote the respect for the law, to provide just punishment, to deter other criminal conduct, and to provide the defendant with needed services. *See* 18 U.S.C. § 3553(a).

The Defendant's probation officer filed a report supporting the Defendant's Motion for Early Termination of Supervised Release. The Defendant's probation officer reported that "[t]he offender has demonstrated stability with his employment, completion of substance abuse

treatment, and positive performance on supervision. The offender has completed all of his Court ordered obligations."

Based on the Defendant's conduct, the court finds that an early termination of supervised release is warranted. Accordingly, the court GRANTS the Defendant's Motion for Early Termination of Supervised Release. (Dkt. No. 31).

Dated this 7th day of December 2018.

BY THE COURT:

_____
DALE A. KIMBALL,
United States District Judge